Form B 250A (12/09)

# United States Bankruptcy Court
## Southern District Of Texas

| | | |
|---|---|---|
| In re iHeartMedia, Inc., et al., | ) | Case No. 18-31274 |
| Debtor | ) | |
| Wilmington Savings Fund Society, FSB, solely in its capacity as successor indenture trustee to the 6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, and not in its individual capacity, as Plaintiff, and DELAWARE TRUST COMPANY, solely in its capacity as successor indenture trustee to the 14% Senior Notes due 2021, as Plaintiff-Intervenor. | ) ) ) ) ) | Chapter 11 |
| Plaintiff | ) ) | |
| v. | ) | Adv. Proc. No. 18-3052 |
| iHeartCommunications, Inc., f/k/a Clear Channel Communications, Inc., AMFM Broadcasting Licenses, LLC, AMFM Broadcasting, Inc., AMFM Operating, Inc., AMFM Radio Licenses, LLC, AMFM Texas Broadcasting, LP, AMFM Texas Licenses, LLC, AMFM Texas, LLC, Capstar Radio Operating Company, and Capstar TX, LLC. | ) ) ) ) | |
| Defendant | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: David J. Bradley
Clerk of the U.S. Bankruptcy Court
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Ben Finestone
51 Madison Avenue, 22nd Floor
New York, New York 10010

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: April 18, 2018

David J. Bradley (Clerk of the Bankruptcy Court)
By: Heather Cain (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

　　　Print Name :      _____

　　　Business Address: _____

　　　　　　　　　　　　_____

Form B 250A (12/09)

# United States Bankruptcy Court
## Southern District Of Texas

In re  iHeartMedia, Inc., et al.  ,  )  Case No. 18-31274
                          Debtor )
Wilmington Savings Fund Society, FSB, solely in its capacity as successor indenture trustee to the )
6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, and not in its individual capacity, )  Chapter  11
as Plaintiff, and )
DELAWARE TRUST COMPANY, solely in its capacity as successor indenture trustee to )
the 14% Senior Notes due 2021, as Plaintiff-Intervenor. )
                          Plaintiff )
)
                            v. )  Adv. Proc. No. 18-3052
iHeartCommunications, Inc., f/k/a Clear Channel Communications, Inc., AMFM Broadcasting )
Licenses, LLC, AMFM Broadcasting, Inc., AMFM Operating, Inc., AMFM Radio Licenses, LLC, )
AMFM Texas Broadcasting, LP, AMFM Texas Licenses, LLC, AMFM Texas, LLC, Capstar Radio )
Operating Company, and Capstar TX, LLC. )
                          Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of the clerk:    David J. Bradley
                                            Clerk of the U.S. Bankruptcy Court
                                          515 Rusk Street
                                          Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name and Address of Plaintiff's Attorney:    Quinn Emanuel Urquhart & Sullivan, LLP
                                                              Attn: Ben Finestone
                                                               51 Madison Avenue, 22nd Floor
                                                               New York, New York 10010

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                      David J. Bradley    (Clerk of the Bankruptcy Court)

Date:  April 18, 2018            By: /s/ Heather Cain (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

    Print Name :     _____

    Business Address:     _____

        _____

Form B 250A (12/09)

# United States Bankruptcy Court
## __Southern__ District Of __Texas__

In re __iHeartMedia, Inc., et al.__ ,  ) Case No. __18-31274__
              Debtor  )
Wilmington Savings Fund Society, FSB, solely in its capacity as successor indenture trustee to the ) Chapter __11__
6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, and not in its individual capacity, )
as Plaintiff, and )
DELAWARE TRUST COMPANY, solely in its capacity as successor indenture trustee to )
the 14% Senior Notes due 2021, as Plaintiff-Intervenor. )
             Plaintiff  )
  )
             v.  ) Adv. Proc. No. __18-3052__
iHeartCommunications, Inc., f/k/a Clear Channel Communications, Inc., AMFM Broadcasting )
Licenses, LLC, AMFM Broadcasting, Inc., AMFM Operating, Inc., AMFM Radio Licenses, LLC, )
AMFM Texas Broadcasting, LP, AMFM Texas Licenses, LLC, AMFM Texas, LLC, Capstar Radio )
Operating Company, and Capstar TX, LLC. )
            Defendant  )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:    David J. Bradley
                                  Clerk of the U.S. Bankruptcy Court
                                  515 Rusk Street
                                  Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:    Quinn Emanuel Urquhart & Sullivan, LLP
                                                             Attn: Ben Finestone
                                                               51 Madison Avenue, 22nd Floor
                                                               New York, New York 10010

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                    __David J. Bradley__    (Clerk of the Bankruptcy Court)

Date: __April 18, 2018__                By: _/s/ Heather Cam_ (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

    Print Name :    _____

    Business Address:    _____

                                    _____

Form B 250A (12/09)

# United States Bankruptcy Court
## Southern District Of Texas

In re  iHeartMedia, Inc., et al.  ,  ) Case No. 18-31274
                      Debtor                               )

Wilmington Savings Fund Society, FSB, solely in its capacity as successor indenture trustee to the ) 
6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, and not in its individual capacity, ) Chapter 11
as Plaintiff, and )
DELAWARE TRUST COMPANY, solely in its capacity as successor indenture trustee to )
the 14% Senior Notes due 2021, as Plaintiff-Intervenor. )
                      Plaintiff                            )
                                                           )
                      v.                                ) Adv. Proc. No. 18-3052
iHeartCommunications, Inc., f/k/a Clear Channel Communications, Inc., AMFM Broadcasting )
Licenses, LLC, AMFM Broadcasting, Inc., AMFM Operating, Inc., AMFM Radio Licenses, LLC, )
AMFM Texas Broadcasting, LP, AMFM Texas Licenses, LLC, AMFM Texas, LLC, Capstar Radio )
Operating Company, and Capstar TX, LLC. )
                    Defendant                   )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of the clerk:    David J. Bradley
                                          Clerk of the U.S. Bankruptcy Court
                                          515 Rusk Street
                                          Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name and Address of Plaintiff's Attorney:    Quinn Emanuel Urquhart & Sullivan, LLP
                                                                     Attn: Ben Finestone
                                                                       51 Madison Avenue, 22nd Floor
                                                                       New York, New York 10010

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                               David J. Bradley    (Clerk of the Bankruptcy Court)
Date: April 18, 2018                            By: Heather Cass (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

    ☐    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    ☐    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

    ☐    Residence Service: By leaving the process with the following adult at:

    ☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

    ☐    Publication: The defendant was served as follows: [Describe briefly]

    ☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____        Signature _____

    Print Name :        _____

    Business Address:    _____

                              _____

Form B 250A (12/09)

# United States Bankruptcy Court
## Southern District Of Texas

In re  iHeartMedia, Inc., et al.  ,  ) Case No. 18-31274
         Debtor )
Wilmington Savings Fund Society, FSB, solely in its capacity as successor indenture trustee to the )
6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, and not in its individual capacity, ) Chapter 11
as Plaintiff, and )
DELAWARE TRUST COMPANY, solely in its capacity as successor indenture trustee to )
the 14% Senior Notes due 2021, as Plaintiff-Intervenor. )
         Plaintiff )
 )
 )
         v. ) Adv. Proc. No. 18-3052
iHeartCommunications, Inc., f/k/a Clear Channel Communications, Inc., AMFM Broadcasting )
Licenses, LLC, AMFM Broadcasting, Inc., AMFM Operating, Inc., AMFM Radio Licenses, LLC, )
AMFM Texas Broadcasting, LP, AMFM Texas Licenses, LLC, AMFM Texas, LLC, Capstar Radio )
Operating Company, and Capstar TX, LLC. )
         Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:    David J. Bradley
                                     Clerk of the U.S. Bankruptcy Court
                                     515 Rusk Street
                                     Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:    Quinn Emanuel Urquhart & Sullivan, LLP
                                                              Attn: Ben Finestone
                                                               51 Madison Avenue, 22nd Floor
                                                               New York, New York 10010

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.


**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                     David J. Bradley    (Clerk of the Bankruptcy Court)

Date: April 18, 2018                        By: Heather Cain (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

- ☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:


- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:


- ☐ Residence Service: By leaving the process with the following adult at:


- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


- ☐ Publication: The defendant was served as follows: [Describe briefly]


- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

    Print Name :     _____

    Business Address:     _____

    _____

Form B 250A (12/09)

# United States Bankruptcy Court
## Southern District Of Texas

| | | |
|---|---|---|
| In re iHeartMedia, Inc., et al., )<br>Debtor )<br>Wilmington Savings Fund Society, FSB, solely in its capacity as successor indenture trustee to the )<br>6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, and not in its individual capacity, )<br>as Plaintiff, and )<br>DELAWARE TRUST COMPANY, solely in its capacity as successor indenture trustee to )<br>the 14% Senior Notes due 2021, as Plaintiff-Intervenor. )<br>Plaintiff )<br> )<br>v. )<br>iHeartCommunications, Inc., f/k/a Clear Channel Communications, Inc., AMFM Broadcasting )<br>Licenses, LLC, AMFM Broadcasting, Inc., AMFM Operating, Inc., AMFM Radio Licenses, LLC, )<br>AMFM Texas Broadcasting, LP, AMFM Texas Licenses, LLC, AMFM Texas, LLC, Capstar Radio )<br>Operating Company, and Capstar TX, LLC. )<br>Defendant ) | Case No. 18-31274<br><br>Chapter 11<br><br><br><br><br><br><br>Adv. Proc. No. 18-3052 | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  David J. Bradley
Clerk of the U.S. Bankruptcy Court
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Ben Finestone
51 Madison Avenue, 22nd Floor
New York, New York 10010

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

David J. Bradley (Clerk of the Bankruptcy Court)

Date: April 18, 2018   By: /s/ Heather Cam (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

    Print Name :    _____

    Business Address:    _____

        _____

Form B 250A (12/09)

# United States Bankruptcy Court
## Southern District Of Texas

In re  iHeartMedia, Inc., et al.  ,  )  Case No. 18-31274
                           Debtor  )
Wilmington Savings Fund Society, FSB, solely in its capacity as successor indenture trustee to the  )
6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, and not in its individual capacity,  )  Chapter 11
as Plaintiff, and  )
DELAWARE TRUST COMPANY, solely in its capacity as successor indenture trustee to  )
the 14% Senior Notes due 2021, as Plaintiff-Intervenor.  )
                           Plaintiff  )
                                )
                         v.  )  Adv. Proc. No. 18-3052
iHeartCommunications, Inc., f/k/a Clear Channel Communications, Inc., AMFM Broadcasting  )
Licenses, LLC, AMFM Broadcasting, Inc., AMFM Operating, Inc., AMFM Radio Licenses, LLC,  )
AMFM Texas Broadcasting, LP, AMFM Texas Licenses, LLC, AMFM Texas, LLC, Capstar Radio  )
Operating Company, and Capstar TX, LLC.  )
                         Defendant  )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of the clerk:    David J. Bradley
                                          Clerk of the U.S. Bankruptcy Court
                                          515 Rusk Street
                                          Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name and Address of Plaintiff's Attorney:    Quinn Emanuel Urquhart & Sullivan, LLP
                                                                      Attn: Ben Finestone
                                                                        51 Madison Avenue, 22nd Floor
                                                                        New York, New York 10010

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                              David J. Bradley    (Clerk of the Bankruptcy Court)
Date: April 18, 2018                          By: Heather Cain (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____      Signature _____

    Print Name :      _____

    Business Address:      _____

                         _____

Form B 250A (12/09)

# United States Bankruptcy Court
## Southern District Of Texas

In re  iHeartMedia, Inc., et al.  ,  ) Case No. 18-31274
Debtor  )
Wilmington Savings Fund Society, FSB, solely in its capacity as successor indenture trustee to the  )
6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, and not in its individual capacity,  ) Chapter 11
as Plaintiff, and  )
DELAWARE TRUST COMPANY, solely in its capacity as successor indenture trustee to  )
the 14% Senior Notes due 2021, as Plaintiff-Intervenor.  )
Plaintiff  )
  )
  )
v.  ) Adv. Proc. No. 18-3052
iHeartCommunications, Inc., f/k/a Clear Channel Communications, Inc., AMFM Broadcasting  )
Licenses, LLC, AMFM Broadcasting, Inc., AMFM Operating, Inc., AMFM Radio Licenses, LLC,  )
AMFM Texas Broadcasting, LP, AMFM Texas Licenses, LLC, AMFM Texas, LLC, Capstar Radio  )
Operating Company, and Capstar TX, LLC.  )
Defendant  )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:   David J. Bradley
                                       Clerk of the U.S. Bankruptcy Court
                                       515 Rusk Street
                                       Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:   Quinn Emanuel Urquhart & Sullivan, LLP
                                                               Attn: Ben Finestone
                                                               51 Madison Avenue, 22nd Floor
                                                               New York, New York 10010

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                           David J. Bradley    (Clerk of the Bankruptcy Court)

Date: April 18, 2018                By: /s/ Heather Cain (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____       Signature _____

    Print Name :       _____

    Business Address:  _____

                                      _____

Form B 250A (12/09)

# United States Bankruptcy Court
## Southern District Of Texas

In re  iHeartMedia, Inc., et al.  ,  ) Case No. 18-31274
　　　　　　　Debtor　　　　　　　　　)
Wilmington Savings Fund Society, FSB, solely in its capacity as successor indenture trustee to the  ) Chapter  11
6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, and not in its individual capacity,  )
as Plaintiff, and  )
DELAWARE TRUST COMPANY, solely in its capacity as successor indenture trustee to  )
the 14% Senior Notes due 2021, as Plaintiff-Intervenor.  )
　　　　　　　Plaintiff　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　v.　　　　　　　　　　) Adv. Proc. No. 18-3052
iHeartCommunications, Inc., f/k/a Clear Channel Communications, Inc., AMFM Broadcasting  )
Licenses, LLC, AMFM Broadcasting, Inc., AMFM Operating, Inc., AMFM Radio Licenses, LLC,  )
AMFM Texas Broadcasting, LP, AMFM Texas Licenses, LLC, AMFM Texas, LLC, Capstar Radio  )
Operating Company, and Capstar TX, LLC.  )
　　　　　　　Defendant　　　　　　　)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　　　　Address of the clerk:　　David J. Bradley
　　　　　　　　　　　　　　　　　Clerk of the U.S. Bankruptcy Court
　　　　　　　　　　　　　　　　　515 Rusk Street
　　　　　　　　　　　　　　　　　Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　　　Name and Address of Plaintiff's Attorney:　　Quinn Emanuel Urquhart & Sullivan, LLP
　　　　　　　　　　　　　　　　　　　　　　　　Attn: Ben Finestone
　　　　　　　　　　　　　　　　　　　　　　　　51 Madison Avenue, 22nd Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10010

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

　　　　　　　　　　　　　　　　　　David J. Bradley　　(Clerk of the Bankruptcy Court)
　　　　　　　　　　　　　　　　　　By: /s/ Heather Cann (Deputy Clerk)
Date: April 18, 2018

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

    Print Name :     _____

    Business Address:     _____

    _____

Form B 250A (12/09)

# United States Bankruptcy Court
## Southern District Of Texas

In re  iHeartMedia, Inc., et al.    ,  )  Case No. 18-31274
              Debtor  )
Wilmington Savings Fund Society, FSB, solely in its capacity as successor indenture trustee to the  )  Chapter  11
6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, and not in its individual capacity,  )
as Plaintiff, and  )
DELAWARE TRUST COMPANY, solely in its capacity as successor indenture trustee to  )
the 14% Senior Notes due 2021, as Plaintiff-Intervenor.  )
              Plaintiff  )
                    )
              v.  )  Adv. Proc. No. 18-3052
iHeartCommunications, Inc., f/k/a Clear Channel Communications, Inc., AMFM Broadcasting  )
Licenses, LLC, AMFM Broadcasting, Inc., AMFM Operating, Inc., AMFM Radio Licenses, LLC,  )
AMFM Texas Broadcasting, LP, AMFM Texas Licenses, LLC, AMFM Texas, LLC, Capstar Radio  )
Operating Company, and Capstar TX, LLC.  )
              Defendant  )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:    David J. Bradley
                                    Clerk of the U.S. Bankruptcy Court
                                    515 Rusk Street
                                    Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:    Quinn Emanuel Urquhart & Sullivan, LLP
                                                                       Attn: Ben Finestone
                                                                       51 Madison Avenue, 22nd Floor
                                                                       New York, New York 10010

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                      David J. Bradley    (Clerk of the Bankruptcy Court)

Date: April 18, 2018                      By: /s/ Heather Cavin (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

    Print Name :    _____

    Business Address:    _____

        _____